IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

USDC, CLERK RECEIVED
E TN. SC

2014 APR 23 A 8: 28

| | | |
|---|---|---|
| Medical University of South Carolina Foundation for Research Development and Charleston Medical Therapeutics, Inc., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 2:13-2078-SB |
| v. | ) ) ) | **AND** |
| AstraZeneca Pharmaceuticals LP, | ) ) | Civil Action No. 2:13-3438-SB |
| Defendant. | ) ) | |

## AMENDED SCHEDULING ORDER

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules for the District

of South Carolina, the Court establishes the following amended schedule for the above-captioned

cases.



1.      Infringement Contentions:  No later than **May 9, 2014**, each Party claiming infringement

shall serve on all parties an identification of the asserted claims and detailed contentions including

the bases for its claims of infringement.  Amendments may be made only for good cause.

2.      Invalidity Contentions: No later than **May 30, 2014**, each Party claiming invalidity of the

asserted patents shall serve on all parties detailed contentions including the bases for its claims of

invalidity.  Amendments may be made only for good cause.

3.      Exchange of Claim Terms: No later than **June 18, 2014**, each party shall serve on each other

party a list of the claim terms that party contends should be construed by the Court.

4.      Exchange of Preliminary Claim Constructions and Evidence: No later than **July 11, 2014**,

the parties shall exchange proposed claim constructions and the evidence the parties will rely on to support their proposed constructions. To the extent that a party relies on expert testimony, that party must make the expert available for deposition no later than **August 1, 2014**.

5.     Claim Construction Briefs: No later than **August 29, 2014**, the parties shall file opening briefs. Each opposing party shall file responsive briefs within **21 days**.

6.     Claim Construction Hearing: The Court will conduct a Claim Construction Hearing at its convenience on or after **October 1, 2014**.

7.     Advice of Counsel: Each party relying on advice of counsel as part of a patent-related claim or defense shall make a disclosure no later than **30 days** following the Court's Claim Construction ruling.

8.     Close of Fact Discovery: Fact discovery shall be completed no later than **60 days** after the entry of the Court's Claim Construction Ruling.

9.     Expert Reports: No later than **75 days** after entry of the Court's Claim Construction Ruling, the parties shall serve any expert reports for which they bear the burden of proof. The parties shall serve any rebuttal expert reports within **30 days** of the opening expert report, and any replies within **15 days** of the rebuttal expert report.

10.    Close of Expert Discovery: Expert discovery shall be completed no later than **135 days** after the entry of the Court's Claim Construction Ruling.

11.    Dispositive Motions: All dispositive motions shall be filed on or before **155 days** after the entry of the Court's Claim Construction Ruling. The parties shall serve any responses to dispositive motions within 20 days of the motion, and any replies within **10 days** of the response.

12.    Pretrial Motions and Disclosures: The parties will meet and confer regarding an appropriate

2

schedule for filing pretrial motions and disclosure of exhibit lists, witness lists, and deposition designations.

13.    Jury Selection / Trial:  This case is subject to being called for jury selection and/or trial on or after **240 days** after entry of the Court's Claim Construction Ruling.

Sol Blatt, Jr.
Senior United States District Judge

April **22**, 2014
Charleston, South Carolina

