# Exhibit 5

| | |
|---|---|
| **From:** | John Garvish |
| **To:** | Monaghan, Meghan; Fowler, Jason; Ryan Hargrave; AZ_MUSC; Marguerite S. Willis (mwillis@nexsenpruet.com); Daniel C. Leonardi (dleonardi@nexsenpruet.com) |
| **Cc:** | MUSC_AstraZeneca; Bill Narwold (bnarwold@motleyrice.com); Josh Littlejohn (jlittlejohn@motleyrice.com); Gruetzmacher, Max (mgruetzmacher@motleyrice.com) (mgruetzmacher@motleyrice.com); Richards, Evelyn (erichards@motleyrice.com) |
| **Subject:** | RE: MUSC FRD et al. v. AstraZeneca Pharms. LP, No. 2:13-CV-02078 |
| **Date:** | Monday, June 01, 2015 12:57:23 PM |
| **Attachments:** | image001.png |

Meghan,

Thanks so much for your email.  Under the current record, we have decide not to take the deposition of Ronald Goodstein.  I apologize for the late notice.  Thanks so much.

We will be back in touch in an hour or two to provide responses for all of AZ's other expert witnesses.

Best,
John

John Franklin Garvish, II, Ph.D., J.D.
jgarvish@mckoolsmith.com
Phone: (512) 692-8731

---

**From:** Monaghan, Meghan [mailto:mmonaghan@cov.com]
**Sent:** Monday, June 01, 2015 11:39 AM
**To:** John Garvish; Fowler, Jason; Ryan Hargrave; AZ_MUSC; Marguerite S. Willis (mwillis@nexsenpruet.com); Daniel C. Leonardi (dleonardi@nexsenpruet.com)
**Cc:** MUSC_AstraZeneca; Bill Narwold (bnarwold@motleyrice.com); Josh Littlejohn (jlittlejohn@motleyrice.com); Gruetzmacher, Max (mgruetzmacher@motleyrice.com) (mgruetzmacher@motleyrice.com); Richards, Evelyn (erichards@motleyrice.com)
**Subject:** MUSC FRD et al. v. AstraZeneca Pharms. LP, No. 2:13-CV-02078

Counsel,

Please advise who will be attending the deposition of Ronald Goodstein tomorrow, including the names of the court reporter and videographer, so that we can provide the names to security.  The deposition is scheduled to start at 9:00 am at Covington's DC office.

Regards,

Meghan

**Meghan E. Monaghan**

**Covington & Burling LLP**
**One CityCenter, 850  Tenth Street, NW, Washington, DC 20001**
**T +1 202 662 5531 | mmonaghan@cov.com**

www.cov.com

**COVINGTON**